IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF HEALTH; JOHN H. ARMSTRONG, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH FOR THE STATE OF FLORIDA; THE FLORIDA BOARD OF MEDICINE; JAMES ORR, M.D., IN HIS OFFICIAL CAPACITY AS CHAIR OF THE FLORIDA BOARD OF MEDICINE; THE FLORIDA BOARD OF OSTEOPATHIC MEDICINE; ANNA HAYDEN, D.O., IN HER OFFICIAL CAPACITY AS CHAIR OF THE FLORIDA BOARD OF OSTEOPATHIC MEDICINE; THE FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION; AND ELIZABETH DUDEK, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3048

        Appellants,

v.

GAINESVILLE WOMAN CARE LLC, et al.,

        Appellees.

_____/

Opinion filed April 4, 2017.

An appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

Pamela Jo Bondi, Attorney General; Denise M. Harle, Deputy Solicitor General; and Blaine Winship, Special Counsel, Tallahassee, for Appellants.

Richard E. Johnson of the Law Office of Richard E. Johnson, Tallahassee; Benjamin James Stevenson, American Civil Liberties Union Foundation of Florida, Pensacola; Nancy Abudu, American Civil Liberties Union Foundation of Florida, Miami; Jennifer Lee, Susan Talcott Camp, and Julia Kaye, American Civil Liberties Union Foundation, New York, New York, pro hac vice, for Appellee Gainesville Woman Care, LLC; Autumn Katz and Tiseme Zegeye, Center for Reproductive Rights, New York, New York, pro hac vice, for Appellee Medical Students for Choice.

**ON REMAND FROM THE FLORIDA SUPREME COURT**

PER CURIAM.

The 2015 amendment to Florida's informed consent law for termination of pregnancies, section 390.0111(3)(a) of the Florida Statutes, created a 24-hour waiting period. We previously reversed the trial court's temporary injunction against implementation of the amendment, because we found the injunction order deficient both factually and legally. State v. Gainesville Woman Care LLC, 187 So. 3d 279 (Fla. 1st DCA 2016). The Florida Supreme Court quashed that decision, remanding "with instructions that the temporary injunction and accompanying stay . . . remain in effect pending a hearing on Petitioners' request for a permanent injunction." Gainesville Woman Care, LLC v. State, 42 Fla. L. Weekly S183a (Fla.

2

Feb. 16, 2017). We therefore remand this matter to the trial court for further proceedings as directed by the supreme court.

B.L. THOMAS and KELSEY, JJ., and STONE, WILLIAM F., Associate Judge, CONCUR.